**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**TALENTSCALE, INC.**,
Plaintiff,

v. 2:26-cv-1973-SPC-NPM

**SCOTT BEALE**, *et al.*,
Defendants.

---

**ORDER GRANTING SPECIAL ADMISSION**

Before the court is an unopposed motion for special admission of Erin McDaniel. Having satisfied the requirements of Local Rule 2.01(c), the court finds Erin McDaniel may appear specially on behalf of defendants GH Equipment, LLC and Aerodrome Properties, LLC. Accordingly, the motion for special admission (Doc. 6) is **GRANTED**.

Unless non-resident attorney McDaniel already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

Counsel is reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e). By virtue of her special

admission, attorney McDaniel is also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this order.

**ORDERED** on June 30, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge