**United States District Court**
**Middle District of Florida**
**Ft. Myers Division**

**Talentscale, Inc.**

**Plaintiff,**

**v.** **NO. 2:26-CV-1973**

**Scott Beale,**
**Aviation Capital Partners, LLC,**
**Aviation Capital Partners II, LLC,**
**Fast Bird, LLC,**
**GH Equipment, LLC, and**
**Aerodrome Properties, LLC**

**Defendants.**

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Rachel Rodriguez of Vires Law Group, LLC hereby enters an appearance as counsel on behalf of Defendants Scott Beale, Aviation Capital Partners, LLC, Aviation Capital Partners II, LLC, Fast Bird, LLC, GH Equipment, LLC, and Aerodrome Properties, LLC in the above-captioned matter.

The undersigned requests that copies of all future notices, pleadings, orders, and other papers filed or served in this action be directed to the contact information listed below.

Dated: July 3, 2026

By: /s/ Rachel L.T. Rodriguez, Esq.

Vires Law Group, PLLC

Respectfully Submitted,

__/s/ Rachel Rodriguez___
VIRES LAW GROUP, PLLC
Rachel Rodriguez
FL Bar # 110425
515 N. Flagler Dr., Ste 350
West Palm Beach, Florida
33401
561-370-7383 (phone/fax)
rrodriguez@vireslaw.group
(email)

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Rachel L.T. Rodriguez, Esq.

Vires Law Group, PLLC