UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TALENTSCALE, INC.,

Plaintiff,

v. Case No.: 2:26-cv-01973-SPC-NPM

SCOTT BEALE, AVIATION CAPITAL PARTNERS, LLC, AVIATION CAPITAL PARTNERS II, LLC, FAST BIRD, LLC, GH EQUIPMENT, LLC, AERODROME PROPERTIES, LLC,

Defendants,
_________________________________/

| | | | |
|---|---|---|---|
| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Darren Sturges |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Rachel L. Rodriguez |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | September 8, 2026 10:15 | **Total Time** | 28 minutes |

**Rule 16(b) Conference**

Court discussed case management, scheduling deadlines and other issues regarding case management.

Joint Oral motion for extension of time to file Related Case Notice. Court grants 2 weeks.

Defendant to file a reply within 2 weeks to the Motion to Dismiss.

Scheduling Order to be issued.