UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TALENTSCALE, INC.,

Plaintiff,

v.

SCOTT BEALE, AVIATION CAPITAL PARTNERS, LLC, AVIATION CAPITAL PARTNERS II, LLC, FAST BIRD, LLC, GH EQUIPMENT, LLC, and AERODROME PROPERTIES, LLC,

Defendants.

Case 2:26-cv-01973-SPC-NPM

## NOTICE OF A RELATED ACTION

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

1. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 5:25-cv-00003-TKW-MJF and No. 5:25-mc-00001-TKW-MJF (N.D. Fla.). Talentscale registered the Judgment under 28 U.S.C. § 1963 in January 2025 and has obtained writs of garnishment, conducted post-judgment discovery, and litigated garnishment motions in that court. Aery has paid nothing on the Judgment. (ECF No. 1 ¶¶ 23–24). Pending/Post-Judgment.

2. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 6:25-mc-00003-CEM-RMN (M.D. Fla., Orlando Division). Talentscale registered the Judgment in this District on January 21, 2025 and obtained a writ of garnishment directed to Cogent Bank,

Aery's principal lender. Pending/Post-Judgment.

3. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 9:25-cv-80478-AMC, originally docketed as No. 9:25-mc-80478-AMC (S.D. Fla.). Talentscale registered the Judgment and pursued garnishment in that court, including a writ of garnishment directed to Beale. Pending/Post-Judgment.

4. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 1:25-mc-00117-RDM (D.D.C.). Talentscale obtained a writ of garnishment directed to Capital Bank, N.A. and seeks turnover of Aery funds held at that bank. Pending/Post-Judgment.

5. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 5:25-mc-00007 (N.D.N.Y.). Talentscale registered the Judgment. Pending/Post-Judgment.

6. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 1:25-mc-00023 (W.D.N.Y.). Talentscale registered the Judgment. Pending/Post-Judgment.

7. *Talentscale, Inc. v. Aery Aviation, LLC*, Nos. 25-12618 and 26-11055 (11th Cir.). Talentscale appealed orders of the Northern District of Florida dissolving writs of garnishment directed to The Cleveland Clinic Foundation. The appeals are consolidated. Pending.

8. *Aery Aviation, LLC v. Talentscale, Inc., et al.*, No. CL2506395T-00 (Va. Cir. Ct., City of Newport News), removed as No. 4:25-cv-00173-RBS-LRL (E.D. Va.) and subsequently remanded. Aery asserts defamation claims arising from Talentscale's efforts to collect the Judgment. The federal court remanded the action to the state court, where it remains pending. The federal action is closed pursuant to the remand.

9. *Entegee, Inc. v. Aery Aviation, LLC*, No. 4:25-cv-00073-MSD-DEM (E.D. Va.). A non-insider staffing creditor sued Aery on July 3, 2025 after Aery defaulted on a settlement of $1,716,198.29 in unpaid invoices. In the complaint, Plaintiff pleads Aery's treatment of Entegee as evidence that Aery was not paying its debts as they became due. (ECF No. 1 ¶¶ 100–107). Closed.

10. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 4:24-cv-00033-JKW-DEM (E.D. Va.). The court confirmed the arbitration award and entered the Judgment on October 9, 2024. (ECF No. 1 ¶ 21). Aery took no appeal. Closed.

11. *Talentscale, Inc. v. Aery Aviation, LLC*, AAA Case No. 01-23-0003-4772 (American Arbitration Association). The arbitrator issued a final award in Talentscale's favor against Aery in the amount of $1,142,467.20 for unpaid staffing services. Closed.

12. *Talentscale, Inc. v. Aery Aviation, LLC*, No. 2:23-cv-00238-CDS-NJK (D. Nev.). Talentscale sued Aery to recover unpaid balance for staffing services. Closed. Matter resolved at arbitration.

13. *Flight Test Aviation, Inc. v. Beale*, No. 1:13-cv-00145-AJT-JFA (E.D. Va.). Following a 2014 jury verdict, the court entered judgment against Beale for $500,000 in compensatory damages and $100,000 in punitive damages on a claim of actual fraud, and on February 20, 2015 entered a charging order against Beale's interest in Defendant Aviation Capital Partners, LLC. In the complaint, Plaintiff pleads that judgment and charging order as evidence of Beale's intent. (ECF No. 1 ¶¶ 38, 148). Closed.

14. *In re Beale*, No. 13-16983-aih (Bankr. N.D. Ohio), and the adversary proceeding *Flight Test Aviation, Inc. v. Beale*, No. 14-01001-aih (Bankr. N.D. Ohio). Beale filed a Chapter 7 petition on October 2, 2013. The bankruptcy court determined that the Flight Test Aviation judgment was nondischargeable. (ECF No. 1 ¶ 38). Both closed.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com

*Counsel for Plaintiff*
*Talentscale, Inc.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via the CM/ECF system on September 24, 2026, which automatically sends notice of an electronic filing to all counsel and registered users of record.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase